UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
NOV 20 2009
CLERK

| | | |
|---|---|---|
| NORMA HEESE, for<br>FRED HEESE, deceased, | ) ) ) | CIV. 08-5053-RHB |
| Plaintiff, | ) ) | ORDER<br>GRANTING |
| vs. | ) ) | EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner, Social<br>Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

On November 5, 2009, plaintiff's counsel filed a motion for reasonable attorney's fees pursuant to the Equal Access to Justice Act found at 28 U.S.C. § 2412. Plaintiff's counsel alleges that she has incurred attorney's fees of $4,446.00 and costs of $22.95, for a total of $4,468.95. Defendant has responded and does not object. Accordingly, it is hereby

ORDERED that plaintiff's motion for reasonable attorney's fees (Docket #27) is granted. Plaintiff is awarded $4,468.95 in attorney's fees and costs.

Dated this 20th day of November, 2009.

BY THE COURT:

/s/ Richard H. Battey
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE